USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/4/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

DR. ELLIOT MCGUCKEN,

      **Plaintiff,**

   **-against-**        **1:25-cv-9692 (ALC)**

CELEBRITY CRUISES, INC., ROYAL   **ORDER**
CARRIBEAN CRUISES, LTD., AND DOES
1-10,

      **Defendants.**

---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

   As discussed at today's telephonic conference, the parties are **ordered** to submit a joint status report by **May 1, 2026** updating the Court on whether the parties have settled, and if they have not, whether they would be interested in a referral for a settlement conference or for court-annexed mediation. If not, the parties should submit a proposed schedule for the filing of an amended complaint and a briefing schedule for Defendants' anticipated motion to dismiss.

**SO ORDERED.**

**Dated:**  **March 4, 2026**
    **New York, New York**

                **ANDREW L. CARTER, JR.**
                **United States District Judge**