**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**DR. ELLIOT MCGUCKEN,**

**Plaintiff,**

**-against-**

**CELEBRITY CRUISES, INC., ROYAL CARRIBEAN CRUISES, LTD., AND DOES 1-10,**

**Defendants.**

---------------------------------------------------------- x

**1:25-cv-9692 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this matter has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated:** **July 9, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**