USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 08/05/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. ELLIOT MCGUCKEN,
Plaintiff,
-against-
CELEBRITY CRUISES, INC., et al.,
Defendants.

25-CV-09692 (ALC) (BCM)

**ORDER REGARDING SETTLEMENT STATUS LETTER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during the August 4, 2026 continued settlement conference, the parties must jointly submit a confidential letter to chambers, by email, no later than **August 12, 2026**, updating the Court as their progress in finalizing their settlement.

Dated: New York, New York
August 5, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**